

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2018

No. 04-17-00489-CV

Paul **BLACK**,
Appellant

v.

Mikal **WATTS**; Watts Guerra LLP; James R. Harris; and Harris & Greenwell, LLP,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20874
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The appellees' brief was originally due to be filed on January 3, 2018. The appellees' first motion for extension of time was granted, extending the deadline for filing the brief to February 2, 2018. By order dated February 2, 2018, the court also granted the appellees' second motion for extension of time extending the deadline to file the brief to February 16, 2018. On February 15, 2018, the appellees filed a third motion requesting an additional fourteen-day extension of time to file the brief to March 2, 2018, for a total extension of almost sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEES WILL BE GRANTED**. The appellees' brief must be filed by March 2, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court